UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHARLES KENYATTA, JR./ACT BAD
ENTERTAINMENT LLC,

          Plaintiff,

- against -

CARESHA BROWNLEE,

          Defendant.

24-cv-691 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The Court notes that Plaintiff Act Bad Entertainment LLC, cannot appear in this Court without counsel. See Jones v. Niagara Frontier Transp. Auth., 722 F.2d 20, 22 (2d Cir. 1983). If that plaintiff fails to appear by counsel by **March 8, 2024**, that party's claim may be dismissed without prejudice for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
           February 23, 2024

                                    John G. Koeltl
                              United States District Judge