UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES KENYATTA, JR.,

    Plaintiff,

 - against -

CARESHA BROWNLEE,

    Defendant.

24-cv-691 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

 In response to the Court's February 23, 2024 Order directing Act Bad Entertainment LLC to appear by counsel, ECF No. 5, the pro se plaintiff filed a second amended complaint omitting Act Bad Entertainment LLC from the caption, ECF No. 6. The claims brought on behalf of Act Bad Entertainment LLC, including any that remain in the second amended complaint, are **dismissed without prejudice.**

SO ORDERED.

Dated: New York, New York
   March 12, 2024

             _____
              John G. Koeltl
           United States District Judge