UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Charles Kenyatta Jr
_____

(List the name(s) of the plaintiff(s)/petitioner(s).)

1 24 CIV. 00691 ( ) ( )

- against -

Caresha Brownlee
_____

_____

(List the name(s) of the defendant(s)/respondent(s).)

**AFFIRMATION OF SERVICE**

I, (print your name) Larry C Taylor , declare under penalty of perjury that I
served a copy of the attached (list the names of the documents you served): Complaint and Summons

upon all other parties in this case by (state how you served the documents, for example, hand delivery,
mail, overnight express) Hand delivery to the
following persons (list the names and addresses of the people you served): Caresha Brownlee

on (date you served the document(s)) 04/06/2024 .

04/09/2024
Dated

Signature

Address 2104 Canal St

City, State Houston, TX

Zip 77004

Telephone Number 832-510-1289

E-Mail Address L.Taylor.jr0808@gmail.com

Marnee Coleman
My Commission Expires
12/1/2026
Notary ID 134085407 .

Rev. 01/2013