```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------------

CHARLES KENYATTA, JR.,

    Plaintiff,

 - against -

CARESHA BROWNLEE,

    Defendant.

24-cv-691 (JGK)

ORDER

------------------------------------------------------------

JOHN G. KOELTL, District Judge:

 The parties are directed to submit a Rule 26(f) report by May 14, 2024.

SO ORDERED.

Dated: New York, New York
   April 30, 2024

             /s/ John G. Koeltl
             John G. Koeltl
           United States District Judge