**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

CHARLES KENYATTA, JR.,

                         Plaintiff,

           -against-

CARESHA BROWNLEE, *also known as*
*yungmiami*.

                        Defendant.

----------------------------------------------------------------X

**24 Civ. No. 00691 (JGK) (GS)**

**<u>ORDER</u>**

**GARY STEIN, United States Magistrate Judge:**

      As stated on the record during yesterday's conference before the undersigned, Defendant is directed to submit supplemental briefing on her request to stay this action (Dkt. No. 17) by **Monday, July 1, 2024**.  Plaintiff is directed to submit any opposition thereto by **Wednesday, July 24, 2024**.  Defendant is further directed to promptly order a transcript of yesterday's proceedings and provide *pro se* Plaintiff with a copy.

**SO ORDERED.**

DATED:     New York, New York
             June 18, 2024

                                         _____
                                         The Honorable Gary Stein
                                         United States Magistrate Judge