**LUCOSKY BROOKMAN**

LUCOSKY BROOKMAN LLP

101 Wood Avenue South
5th Floor
Woodbridge, NJ 08830

T – (732) 395-4400
F – (732) 395-4401

111 Broadway
Suite 807
New York, NY 10006

T – (212) 417-8160
F – (212) 417-8161

www.lucbro.com

**VIA ELECTRONIC FILING:**
Hon. Gary Stein
United States District Court
Southern District of New York
500 Pearl Street, Room 702
New York, NY 10007

September 19, 2024

**Re: Charles Kenyatta Jr. v. Caresha Brownlee, Case No. 1:24-cv-00691**

Dear Judge Stein:

I represent Defendant Caresha Brownlee ("Ms. Brownlee") in the above-captioned action. I write jointly with Plaintiff Charles Kenyatta, Jr. ("Mr. Kenyatta") to provide a status update to the Court, as required under the Case Management Plan and Scheduling Order entered July 17, 2024 (Dkt. No. 25) (the "Scheduling Order").

The parties have timely exchanged initial disclosures and their first set of discovery demands in accordance with the deadlines set forth in the Scheduling Order, and anticipate timely serving their responses and objections thereto. The parties have also been corresponding with respect to the terms of a proposed protective order. While the parties hope to agree to those terms, should motion practice be necessary, Ms. Brownlee anticipates filing a motion for entry of the protective order within the next one to two weeks, and Mr. Kenyatta anticipates filing his opposition 14 days later.

The parties anticipate timely noticing and conducting depositions as set forth in the Scheduling Order and meeting all other existing discovery and pre-trial deadlines.

No further settlement discussions have taken place, and the parties do not anticipate having any such discussions until later on in the discovery process.

Thank you very much for your time and consideration.

Respectfully submitted,

*/s/ Anne L. Melton*
Anne L. Melton



Jean-Marc Zimmerman
amelton@lucbro.com
jmzimmerman@lucbro.com

Victor Sapphire (*pro hac application forthcoming*)
Law Office of Victor Sapphire, Inc.
7190 Sunset Blvd., Suite 116
Los Angeles, CA 90046
vic@brandidentitylawyer.com
(323) 449-7872

***ATTORNEYS FOR DEFENDANT CARESHA BROWNLEE***

*/s/ Charles Kenyatta, Jr.*
Charles Kenyatta, Jr.
22B3002
Collins Correctional Facility
Middle Road
P.O. Box 340
Collins, NY 14034-340
charliecthageneral@gmail.com

***PRO SE PLAINTIFF***



## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was electronically filed using the Court's electronic filing system this 19th day of September, 2024, and sent to Plaintiff via first class mail at the address stated below and via email to Plaintiff's spouse and his Power of Attorney at charliecthageneral@gmail.com.

Charles Kenyatta, Jr.
22B3002
Collins Correctional Facility
Middle Road
P.O. Box 340
Collins, NY 14034-340

*/s/ Anne L. Melton*

Anne L. Melton