UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------- X
::::::::::::::::
CHARLES KENYATTA, JR.,

                Plaintiff,

      - against -

CARESHA BROWNLEE, *also known as yungmiami*,

                Defendant.
-------------------------------------------------------------------------------- X

24 Civ. 691 (JGK) (GS)

ORDER TO PRODUCE

**GARY STEIN, United States Magistrate Judge:**

       The Superintendent or other official in charge of the Collins Correctional Facility is directed to produce Plaintiff Charles Kenyatta, Jr., DIN 22B3002, on or before **March 21, 2025**, to a suitable location within the facility that is equipped with videoconferencing technology for the purpose of deposing Defendant Caresha Brownlee. Kenyatta, Brownlee, and the appropriate individuals at the Collins Correctional Facility shall find a mutually-agreeable date and time for the deposition in accordance with this Order.

      **SO ORDERED.**

Dated: New York, New York
       February 24, 2025

_____
The Honorable Gary Stein
United States Magistrate Judge