```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

CHARLES KENYATTA, JR., DIN: 22B3002,

        Plaintiff,

- against -

CARESHA BROWNLEE,

        Defendant.

24-cv-691 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The parties are directed to appear, by phone, for a conference on **March 20, 2025**, at **12:00 p.m.** This conference will be jointly held with the parties in the related case, Kenyatta v. Combs, 24-cv-6923.

The facility where the plaintiff is housed shall make the plaintiff available for the conference. Dial-in: 646-453-4442, with access code 675 278 33#. The Clerk is respectfully directed to mail a copy of this order to the pro se plaintiff and to note such mailing on the docket.

SO ORDERED.
Dated:   New York, New York
        March 4, 2025

                              /s/ John G. Koeltl
                                  John G. Koeltl
                          United States District Judge